IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:88CR33 |
| ANTHONY ALEXANDER, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Mr. Alexander's Motion to Review Detention and Request for Hearing (Filing No. 770). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The United States Marshal's Office shall release Mr. Alexander from custody forthwith.

2) Mr. Alexander shall participate and successfully complete an outpatient treatment program.

3) All other conditions of Mr. Alexander's supervised release, not inconsistent with this Order, shall remain in force and effect.

DATED this 19th day of November, 2010.

BY THE COURT:

_____
United States Magistrate Judge